IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHARLEY J. WILLIE, JR.,**
   **Plaintiff,**

  vs.               CIV NO. 1:19-00329-SMV

**ANDREW SAUL,**
**Commissioner of Social Security,**
   **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 22) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 21), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until January 13, 2020, to file a response, and Plaintiff shall have until January 27, 2020, to file a reply.

 SIGNED  December 6 , 2019.

                _____
                STEPHAN M. VIDMAR
                United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted*
ALEXESS REA
Special Assistant United States Attorney

*Electronically approved*
GARY J. MARTONE
Attorney for Plaintiff