# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CHARLEY J. WILLIE, JR.,**

    **Plaintiff,**

    vs.                            CIV. NO. 1:19-cv-00329-SMV

**ANDREW SAUL,**
**Commissioner of Social Security,**

    **Defendant.**

## **ORDER FOR EXTENSION**

Upon consideration of Defendant's Unopposed Motion for Extension of Time to File Response Brief (ECF Doc. 25), the Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant has until January 24, 2020, to file a response brief or otherwise respond to Plaintiff's brief, and Plaintiff has until February 7, 2020, to file a reply, if any.

                                              STEPHAN M. VIDMAR
                                              UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Filed Electronically 1/13/2020*
STEVEN W. MARTYN
Special Assistant United States Attorney

*Electronically Approved 1/13/2020*
GARY J. MARTONE
Attorney for Plaintiff